**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------X**

**SOCIALEDGE, INC. d/b/a CreatorIQ,**

                     **Plaintiff,**                  **23-CV-6860 (PAE)**

      **-against-**                            **ORDER**

**TRAACKR, INC. and BEN STAVELEY,**

                     **Defendants.**

**------------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, May 22, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

        **SO ORDERED.**

DATED:    New York, New York
            May 6, 2024

                                              _____

                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge