UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SOCIALEDGE, INC. d/b/a CreatorIQ,

                                  **Plaintiff,**

                  -against-

TRAACKR, INC. and BEN STAVELEY,

                                  **Defendants.**

-------------------------------------------------------------X

23-CV-6860 (PAE)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is hereby scheduled for **Friday, September 13, 2024, at 8:00 a.m.,** via Zoom. The Zoom information will be emailed to the parties closer to the conference date.

          **SO ORDERED.**

DATED:    New York, New York
               September 9, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge