UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SOCIALEDGE, INC. d/b/a CreatorIQ,

                       Plaintiff,                         **23-CV-6860 (PAE)**

       -against-                       **ORDER RESCHEDULING SETTLEMENT CONFERENCE**

TRAACKR, INC. and BEN STAVELEY,

                       Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is hereby rescheduled for **Monday, September 16, 2024, at 10:30 a.m.,** via Zoom. The Zoom information will be emailed to the parties closer to the conference date.

      **SO ORDERED.**

DATED:     New York, New York
                 September 10, 2024

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge