**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SOCIALEDGE, INC. d/b/a CreatorIQ,

                              Plaintiff,                  **23-CV-6860 (PAE)**

               -against-                          **ORDER SCHEDULING**
                                                                  **SETTLEMENT**
TRAACKR, INC. and BEN STAVELEY,                   **CONFERENCE**

                              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, October 22, 2024, at 10:00 a.m.,** via Zoom. The Zoom information will be emailed to the parties closer to the conference date.

      **SO ORDERED.**

DATED:    New York, New York
                 September 16, 2024

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge