UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SOCIALEDGE, INC. d/b/a CreatorIQ,

                                Plaintiff,

               -against-

TRAACKR, INC. and BEN STAVELEY,

                              Defendants.

**23-CV-6860 (PAE)**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter currently scheduled for October 22, 2024 is hereby rescheduled for **Thursday, December 5, 2024, at 10:00 a.m.**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 59.

      **SO ORDERED.**

DATED:    New York, New York
              October 17, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge