UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOCIALEDGE, INC. d/b/a CREATORIQ

                                    Plaintiff,

-v-

TRAACKR, INC. AND BEN STAVELEY

                                  Defendant.

23 Civ. 6860 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court hereby reschedules the Thursday, November 21, 2024 pre-motion conference to **Wednesday, November 20, 2024, at 3:30 p.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 14, 2024
       New York, New York